```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
SAYED NOORALISHAH SHENGHUR,              :
                                         :
                Petitioner,              :    10-cr-50-JSR
                                         :    12-cv-9314-JSR-FM
          -against-                      :
                                         :    ORDER
UNITED STATES OF AMERICA,                :
                                         :
                Respondent.              :
---------------------------------------- x

JED S. RAKOFF, U.S.D.J.
```

On August 28, 2015, the Honorable Frank Maas, United States Magistrate Judge, issued a Report and Recommendation in the above-captioned matter recommending the denial of petitioner's motion to vacate his conviction pursuant to 28 U.S.C. § 2255. Objections to the Report and Recommendation were due by September 11, 2015. Through counsel, petitioner submitted objections to the Report and Recommendation on September 8, 2015. Petitioner also submitted objections pro se dated September 6, 2015, and filed September 11, 2015. The Court has reviewed the objections and the underlying record de novo.

Having done so, the Court finds itself in complete agreement with Magistrate Judge Maas's Report and Recommendation and hereby adopts its reasoning by reference. Accordingly, the Court hereby denies the § 2255 motion, with prejudice. No certificate of appealability shall issue becaues Shenghur has failed to make a substantial showing of the denial of a constitutional right. The Clerk of Court is directed to close the civil case and to close documents numbered 38, 42, and 47 on the docket of the criminal case.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       February 13, 2016